UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

BRIAN KNIGHT,

    Plaintiff,

v.

CLIMBING MAGAZINE; et al.,

    Defendants.

3:11-CV-0146-LRH-RAM

ORDER

    Before the court are defendant Climbing Magazine ("Climbing") and SKRAM Media, LLC's ("SKRAM") motions to dismiss. Doc. ##14, 15.[1] Plaintiff Brian Knight ("Knight") filed oppositions (Doc. ## 17, 18) to which moving defendants replied (Doc. ##20, 21).

    On December 23, 2010, Knight filed a complaint against defendants for libel and intentional infliction of emotional distress. Doc. #1, Exhibit A. In response, moving defendants filed the present motions to dismiss. Doc. ##14, 15. Thereafter, Knight filed a motion for leave to file an amended complaint which was granted by the court. *See* Doc. #23. An amended complaint was subsequently filed on June 29, 2011. Doc. #24.

    The amended complaint supersedes the original complaint in its entirety. Accordingly, moving defendants' motions to dismiss the original complaint are now moot. The court shall deny

---

[1] Refers to the court's docketing number.

1  the motions without prejudice because moving defendants have not yet had the opportunity to
2  respond to the new allegations and claims in the amended complaint.

4  IT IS THEREFORE ORDERED that defendants' motions to dismiss (Doc. ## 14, 15) are
5  DENIED without prejudice.
6  IT IS SO ORDERED.
7  DATED 14th day of September, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2