UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

|  |  |
|---|---|
| BRIAN KNIGHT,<br><br>        Plaintiff,<br><br>v.<br><br>CLIMBING MAGAZINE; et al.,<br><br>        Defendants. | 3:11-CV-0146-LRH-RAM<br><br>ORDER |

Before the court are defendant Climbing Magazine ("Climbing") and SKRAM Media, LLC's ("SKRAM") motions to dismiss. Doc. ##14, 15.[1] Plaintiff Brian Knight ("Knight") filed oppositions (Doc. ## 17, 18) to which moving defendants replied (Doc. ##20, 21).

On December 23, 2010, Knight filed a complaint against defendants for libel and intentional infliction of emotional distress. Doc. #1, Exhibit A. In response, moving defendants filed the present motions to dismiss. Doc. ##14, 15. Thereafter, Knight filed a motion for leave to file an amended complaint which was granted by the court. *See* Doc. #23. An amended complaint was subsequently filed on June 29, 2011. Doc. #24.

The amended complaint supersedes the original complaint in its entirety. Accordingly, moving defendants' motions to dismiss the original complaint are now moot. The court shall deny

---

[1] Refers to the court's docketing number.

the motions without prejudice because moving defendants have not yet had the opportunity to respond to the new allegations and claims in the amended complaint.

IT IS THEREFORE ORDERED that defendants' motions to dismiss (Doc. ## 14, 15) are DENIED without prejudice.

IT IS SO ORDERED.

DATED 14th day of September, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2