UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRIAN KNIGHT,<br><br>         Plaintiff,<br><br>v.<br><br>CLIMBING MAGAZINE; et al.,<br><br>         Defendants. | 3:11-CV-0146-LRH-RAM<br><br>ORDER |

Before the court is defendant SKRAM Media, LLC's ("SKRAM") motion to dismiss. Doc. #46.[1] Pro se plaintiff Brian Knight ("Knight") filed an opposition (Doc. #50) to which SKRAM replied (Doc. #51).

On December 23, 2010, Knight filed a complaint against defendants for libel and intentional infliction of emotional distress. Doc. #1, Exhibit A. On June 29, 2011, Knight filed an amended complaint. Doc. #24. Thereafter, SKRAM filed the present motion to dismiss. Doc. #46.

The court has reviewed Knight's complaint and finds that it fails to state a single cause of action upon which relief can be granted. In his complaint, Knight does not set out any direct causes of action but simply provides five pages of accusations against defendant SKRAM. Knight fails to identify what his legal claims are or under what laws he is bringing this action. As such, the court is

---

[1] Refers to the court's docketing number.

unclear as to what exactly Knight is alleging. Therefore, the court shall grant SKRAM's motion to dismiss, dismiss Knight's present complaint, and grant Knight leave to file an amended complaint that sets out specific causes of action upon which this court can rule.

IT IS THEREFORE ORDERED that defendant's motion to dismiss (Doc. #46) is GRANTED. Plaintiff's amended complaint (Doc. #24) is DISMISSED in its entirety.

IT IS FURTHER ORDERED that plaintiff shall have thirty (30) days to file an amended complaint.

IT IS SO ORDERED.

DATED 30th day of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2